IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| LISA G. KING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. ) | Case No. 4:05-CV-00071<br><br>**ORDER** |

On December 27, 2005, this Court entered an *Order* [6] referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The Magistrate Judge filed his *Report and Recommendation* [14] on June 5, 2006. After a careful review of the entire record in this case and no objections having been filed to the Magistrate Judge's *Report* within ten (10) days of its service upon the parties, this Court adopts the Magistrate Judge's *Report* in its entirety. Accordingly, it is this day ADJUDGED and ORDERED as follows:

    1. The *Report and Recommendation* of the United States Magistrate Judge, filed June 5, 2006, shall be, and hereby is, adopted in its entirety.

    2. For the reasons stated in the Magistrate Judge's *Report*, the Commissioner's *Motion for Summary Judgment* [12] is hereby **GRANTED** and this case is hereby **DISMISSED** from the docket of this Court.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this *Order* to all counsel of record and to Magistrate Judge B. Waugh Crigler.

ENTERED this 11th day of July, 2006.

                                                                s/Jackson L. Kiser
                                                                Senior United States District Judge